UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Group Health Plan Litigation   Case No. 23-cv-267 (JWB/DJF)

**ORDER**

This matter is before the Court on the parties' Second Stipulation Regarding Extension of Discovery ("Stipulation") (ECF No. 117). Pursuant to Fed. R. Civ. P. 16(b)(4) and for good cause shown, the Court **APPROVES** the Stipulation. However, the Court notes that this is the parties' second request for an extension to the pretrial schedule within the last two months (*see* ECF Nos. 108, 110). **The Court expects the parties to be diligent in meeting these deadlines without the need for further extensions**. In view of the approved Stipulation, the pretrial schedule is amended as follows:

- Plaintiffs' class certification expert disclosures: **July 17, 2024**;
- Deposition of Plaintiffs' class experts: **August 13, 2024**;
- Defendant's disclosure of experts and reports: **August 27, 2024**;
- Deposition of Defendant's class experts: **September 17, 2024**;
- Rebuttal expert disclosures and reports: **October 18, 2024**;
- Depositions of rebuttal experts: **October 29, 2024**;
- Plaintiffs' class certification motion: **November 28, 2024**;
- Defendant's opposition to class certification: **January 13, 2025**; and
- Reply to class certification motion: **January 30, 2025**.

All deadlines not modified by this Order shall remain in force and effect.

1

**SO ORDERED**.

Dated: May 30, 2024                               *s/ Dulce J. Foster*
                                                  Dulce J. Foster
                                                  United States Magistrate Judge