## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Group Health Plan Litigation | Case No. 23-cv-00267 (JWB/DJF)<br><br>**PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by their counsel, hereby move this Court for entry of an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs Kelly Vriezen, Sandra Tapp, and Kaye Lockrem as representatives of the Settlement Class; (3) appointing Plaintiffs' Lead Counsel and the undersigned counsel as Settlement Class Counsel; (4) granting preliminary approval of the proposed Settlement; (5) approving the proposed form and manner of notice to the Settlement Class; (6) directing that the notice to the Settlement Class be disseminated by Settlement Administrator Atticus Administration, LLC, in the manner described in the Settlement Agreement and in the Declaration of Chris Longley; (7) establishing a deadline for Settlement Class members to request exclusion from the Settlement Class or file objections to the Settlement; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based on the record in this case as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class

1

Action Settlement and Notice Plan; (2) the Declaration of Christopher P. Renz in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan and attached exhibits; (3) the Declaration of Chris Longley on Behalf of Atticus Administration, LLC; and (4) the Proposed Preliminary Approval Order that are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

Respectfully submitted,

Dated: August 30, 2024

*s/ Christopher P. Renz*
Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
Jeffrey D. Bores (MN #227699)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. South, Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*
*jbores@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Gary M. Klinger (admitted *pro hac vice*)
Alexandra M. Honeycutt (admitted *pro hac vice*)
Glen L. Abramson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*
*ahoneycutt@milberg.com*
*gabramson@milberg.com*

***Interim Co-Lead Counsel for Plaintiffs***

Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 4502
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon (admitted *pro hac vice*)
**THE LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
*jlyon@thelyonfirm.com*

David S. Almeida (admitted *pro hac vice*)
**ALMEIDA LAW GROUP**
849 Webster Ave.
Chicago, IL 60614
Telephone: (312) 576-3024
*david@alameidalawgroup.com*

Stephen R. Basser (admitted *pro hac vice*)
Samuel M. Ward* (admitted *pro hac vice*)
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Ste. 900
San Diego, CA 92101
Telephone: (619) 230-0800
*sbasser@barrack.com*
*sward@barrack.com*

John Emerson (admitted *pro hac vice*)
**EMERSON FIRM LLP**
2500 Wilcrest, Ste. 300
Dallas, TX 77042
Telephone: (800) 551-8649
*jemerson@emersonfirm.com*

3

Brian C. Gudmundson (MN #336695)
Jason P. Johnston (MN #0391206)
Michael J. Laird (MN #398436)
Rachel K. Tack (MN #0399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
*brian.gudmundson@zimmreed.com*
*jason.johnston@zimmreed.com*
*michael.laird@zimmreed.com*
*rachel.tack@zimmreed.com*

Hart L. Robinovitch (MN #0240515)
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Ste. 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
*hart.robinovitch@zimmreed.com*

Daniel E. Gustafson (MN #202241)
Karla M. Gluek (MN #238399)
David A. Goodwin (MN #386715)
Anthony J. Stauber (MN #401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
*dgustafson@gustafsongluek.com*
*kgluek@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*tstauber@gustafsongluek.com*

*Counsel for Plaintiffs*

4