# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Group Health Plan Litigation | Case No. 23-cv-00267 (JWB/DJF)<br><br>**NOTICE OF HEARING ON PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff will move this Court on October 16, 2024 at 2:00 p.m. in Courtroom 3B before the Honorable Jerry W. Blackwell, United States District Judge, the United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota, for an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs Kelly Vriezen, Sandra Tapp, and Kaye Lockrem as representatives of the Settlement Class; (3) appointing Plaintiffs' Counsel as Settlement Class Counsel; (4) granting preliminary approval of the proposed Settlement; (5) approving the proposed form and manner of notice to the Settlement Class; (6) directing that the notice to the Settlement Class be disseminated by Settlement Administrator Atticus Administration, LLC in the manner described in the Settlement and in the Declaration of Chris Longley; (7) establishing a deadline for Settlement Class members to request exclusion from the Settlement Class or file objections to the Settlement; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

Respectfully submitted,

Dated: August 30, 2024

*s/ Christopher P. Renz*_____
Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
Jeffrey D. Bores (MN #227699)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. South, Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*
*jbores@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Gary M. Klinger (admitted *pro hac vice*)
Alexandra M. Honeycutt (admitted *pro hac vice*)
Glen L. Abramson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*
*ahoneycutt@milberg.com*
*gabramson@milberg.com*

*Interim Co-Lead Counsel for Plaintiffs*

Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 4502
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon (admitted *pro hac vice*)
**THE LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
*jlyon@thelyonfirm.com*

David S. Almeida (admitted *pro hac vice*)
**ALMEIDA LAW GROUP**
849 Webster Ave.
Chicago, IL 60614
Telephone: (312) 576-3024
*david@alameidalawgroup.com*

Stephen R. Basser (admitted *pro hac vice*)
Samuel M. Ward* (admitted *pro hac vice*)
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Ste. 900
San Diego, CA 92101
Telephone: (619) 230-0800
*sbasser@barrack.com*
*sward@barrack.com*

John Emerson (admitted *pro hac vice*)
**EMERSON FIRM LLP**
2500 Wilcrest, Ste. 300
Dallas, TX 77042
Telephone: (800) 551-8649
*jemerson@emersonfirm.com*

Brian C. Gudmundson (MN #336695)
Jason P. Johnston (MN #0391206)
Michael J. Laird (MN #398436)
Rachel K. Tack (MN #0399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
*brian.gudmundson@zimmreed.com*
*jason.johnston@zimmreed.com*
*michael.laird@zimmreed.com*

*rachel.tack@zimmreed.com*

Hart L. Robinovitch (MN #0240515)
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Ste. 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
*hart.robinovitch@zimmreed.com*

Daniel E. Gustafson (MN #202241)
Karla M. Gluek (MN #238399)
David A. Goodwin (MN #386715)
Anthony J. Stauber (MN #401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
*dgustafson@gustafsongluek.com*
*kgluek@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*tstauber@gustafsongluek.com*

*Counsel for Plaintiffs*