**EXHIBIT B**

CASE 0:23-cv-00267-JWB-DJF   Doc. 141-2   Filed 08/30/24   Page 1 of 5



Atticus Administration, LLC
Chris Longley - CEO

**Group Health Plan Litigation**

Prepared for

Bryan L. Bleichner | Shareholder
bbleichner@chestnutcambronne.com
P: 612.339.7300

Chestnut Cambronne PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401-2138



# ATTICUS
SMART | ACCOUNTABLE | BETTER

Class Action Administration

**Estimate E2024-06-E01**
Group Health Plan Litigation

Prepared on June 24, 2024
By Chris Longley – CEO | Atticus Administration LLC

Estimate E2024-06-E01 | Group Health Plan Litigation                                June 24, 2024

# Estimate Summary

## Atticus Services & Cost Description

| DESCRIPTION | |
|---|---|
| **NOTICE MAILING-Mailed First Class** | **$70,435** |
| Initial Notice – *Email* | Included |
| Undeliverable/Return Email/Mail Processing | Included |
| Printed + mailed postcard notices *(as backup notice method)* | Included |
| English Only | Included |
| **PROJECT MANAGEMENT/ADMIN FEES/Technical** | **$14,980** |
| **CLAIMS** | **$116,174** |
| **CAFA** | **$2,800** |
| **COMMUNICATIONS** | **$35,519** |
| PO Box rental | Included |
| IVR, 800#, IVR, Live operators | Included |
| correspondence, out-outs, objections | Included |
| Website (INTERACTIVE) | Included |
| **FUND, TAX, REPORTING** | **$1,300** |
| setup QSF, file annual tax returns, QSF Reporting | Included |
| **DISTRIBUTION** | **$71,419** |
| check printing, digital payments, payment calculation & verification, bank fees | included |
| **TOTAL:** | **$312,627** |

## Key Assumptions

- Class Size: **978,305 Class Members.**
- Notice via email as primary method.
- Postcard notices printed and mailed for no email or bounce-back emails. Quote assumes .8% of class (or 7,826) also noticed via simple postcard.
- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches (skip-tracing).
- Includes summary reporting on a weekly basis and requested declarations.
- Includes full CAFA filings.
- Communications includes, interactive website, dedicated 800# with IVR for FAQ and other correspondence. Includes live telephone operators.
- Claims assumed at 10% (see p.4 for claims volume variations).
- Class members that file a valid claim to receive an award.
- Digital payment options available as part of claims filing.

PRINT NAME _____

ROLE _____

Client Signature

Date

By signing above, I understand and agree to the pricing terms and services to be provided by Atticus Administration for the stated project.

PLEASE NOTE: This estimate and pricing is for the services stated herein and is valid for 30 days from the date of the estimate. If the Settlement Agreement or other service scope document(s) require additional services not included or priced in this estimate, we will separately price those scope changes and submit an updated quote prior to proceeding with the work.

*Payment Terms:*
60% payable PRIOR to initial Notice
FINAL 40% payable at Distribution



Estimate E2024-06-E01 | Group Health Plan Litigation                         June 24, 2024

# Detailed Budget

## Atticus Services & Cost Description

| DESCRIPTION | | UNITS | | SUBTOTAL |
|---|---|---|---|---|
| **NOTICE MAILING (Data Cleansing & Analysis) Mailed First Class** | | 978,305 | Class Mbrs | $70,435 |
| Class Data List - Cleaning & Processing | | 85.00 | Hrs | $10,498 |
| Class Notice Review - Proof/Finalize/Print Set-Up | | 8.00 | Hrs | $988 |
| PRINTING Class Notice    double-postcard | 1 | 7,826 | postcards | $783 |
| Postage Stamp (within 1 ounce max weight) | | 7,826 | ct to mail | $3,144 |
| Email Notice    priority noticing method | 99.2% | 970,479 | Emails | $33,280 |
| Undeliverable/ NCOA /Return Mail Processing & Remail (7%) | | 68,481 | 7% of class | $8,903 |
| Notice Request Re-Emailing | | 29,349 | 3% of class | $12,840 |
| **PROJECT MANAGEMENT** | | 92 | hrs | $12,880 |
| **TECHNICAL SET UP (includes project kick-off)** | | 15 | hrs | $2,100 |
| **CAFA** | | | | $2,800 |
| **CLAIMS** | | 97,831 | 10.0% | $116,174 |
| **COMMUNICATIONS** | | | | $35,519 |
| Telephone - Set-Up + Monthly Fee | | 6 Months | | $1,260 |
| Website (INTERACTIVE) | | 6 Months | | $2,500 |
| Telephone - Messages IVR  Live Operators | | 6 Months | | $27,469 |
| PO Box - Setup & Monthly Fee | | 6 Months | | $315 |
| Correspondence - Mail / Opt-Out cures / Telephone call backs | | various | | $3,974 |
| **FUND, TREASURY & TAX Reporting** | | | | $1,300 |
| Set-Up QSF | | 4.00 | Hrs | $520 |
| Prepare/File Annual Fund Return | | 6.00 | Hrs | $780 |
| **DISTRIBUTION, Payment Calculations & Reporting** | | | | $71,419 |
| Cover Letter & Check - Design/Review/Finalize | | 4.00 | Hrs | $520 |
| Payment Data - Calculate & Verify Payments | | 48.00 | Hrs | $6,240 |
| Prepare Payment Reports + check reissues | | 60.00 | Hrs | $7,800 |
| Digital Payments | | 78,264 | 80% | $30,692 |
| Check - Print Set-up/Printing/Mail Prep  + replacements | | 19,566 | checks | $7,291 |
| Check Mailing Postage (will be 1x mailings) | | 19,566 | mailed | $11,487 |
| Check - Undeliverable/ NCOA /Return Mail Processing & Remail   (5% Return) | | 978 | 5.0% est | $4,892 |
| Bank Fees (Account Set-Up & Monthly Fee) | | 6 | months | $2,496 |
| **DATA STORAGE** | | n/a | | $0 |
| | | **TOTAL** | | **$312,627** |

## Operating Assumptions

- Class Size: **978,305 Class Members.**
- Class Notice via Email (primary method). Backup or secondary method is a simple postcard.
- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches, and skip tracing if required.
- Communications includes interactive website, PO BOX, Mail Correspondence, 800# with IVR (live phone operators after IVR tree and during business hours only).
- Project management assumes 107 hours at a blended rate of $140 per hour.  Includes summary reporting on a weekly basis and requested declarations.
- Claims assumed at 10%
- Qualified Settlement fund assumes 6 months.
- All bank fees are included in pricing.
- Includes digital payment or check.
- Disbursement includes positive pay "anti-fraud" features.



Estimate E2024-06-E01 | Group Health Plan Litigation                June 24, 2024

# Additional Scope Details

## Terms

- **Noticing plan assumes the following:**
  - Email (assumes a 'bounce-back' rate of =< 5%).
  - postcard notice mailed only upon bounced email AND obtaining a valid mailing address (assumed at 0.80% and is included in pricing). Postcard unit pricing for postcards > 50,000 is $.46cents each.
  - Pricing includes processing, cataloguing and reporting undeliverables (both emails and postcards), and also includes skip-tracing for updated addresses/email addresses and reprint + remail postcards.

- **Claims rate assumes 10.0%, quantity of 97,831.**
  - Claims processing assumes =< 97,831 claims.
  - Unit pricing for claims > 100,000 is **$2.25**
  - This unit pricing includes processing of claim form, any award payment or similar digital payment, any additional written or emailed communications (or cure process).

- **Telephone Support**
  - Calls all routed through an IVR tree with FAQ answers.
  - Live operators available during business hours.

- **Credit Monitoring Services**
  - Quote does not include procurement or fees for credit monitoring services.
  - Atticus can manage this award component if requested.
  - Unit pricing for credit monitoring services will range from $4.00 to $35.00 per individual claimant depending on credit monitoring service level and duration/time frame set forth in Settlement Agreement.

## Operating Assumptions

- Class Size: **978,305 - class members.**
- Class Notice: primary method is Email, to class members with known email addresses: 970,479. Notice in English only.
- Backup noticing method is a simple postcard, currently estimated at 7,826 (for missing emails or bounce-back emails).
- Data review, cleansing, compiling and preparing file for noticing.
- Claims assumptions – 10% (see Terms notes for pricing variations for higher claims rate).
- Communications includes, PO BOX, Mail Correspondence. Also includes dedicated 800# with IVR and FAQ's.
- Includes all QSF and treasury services.
- Includes all QSF level tax filings.

